IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, *et al.*,     )
                                    )
         Plaintiffs,     )
                                    )     CIVIL ACTION
     vs.                 )
                                    )     NO. 06 C 7119
LAKE & PORTER COUNTY ASPHALT,     )
INC., an Indiana corporation,     )     JUDGE WAYNE R. ANDERSEN
                                    )
         Defendant.     )

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, LAKE & PORTER COUNTY ASPHALT, INC., an Indiana corporation, in the total amount of $80,366.74, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $956.25.

On March 5, 2007, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to the Indiana Secretary of State) (a copy of the Summons and Affidavit of Service by Secretary of State is attached hereto). Therefore, Defendant's answer was due on March 25, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/  Jennifer L. Dunitz-Geiringer

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of May 2007:

Mr. David Stanley, Registered Agent
Lake & Porter County Asphalt, Inc.
2059 Landmark Drive
Portage, IN   46368

Mr. David Stanley, Registered Agent
Lake & Porter County Asphalt, Inc.
5605-1 Old Porter Road
Portage, IN   46368

Ms. Barbra Gray
Indiana Secretary of State
302 W. Washington Street, Room E111
Indianapolis, IN   46204

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MOEJ\Lake & Porter\#19823\motion for default judgment.jdg.df.wpd